IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID WORRELL dba DAVIEXPRESS INC. individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER FREIGHT LLC, J.B. HUNT TRANSPORT INC., RXO CAPACITY SOLUTIONS, LLC, FLEXPORT FREIGHT, LLC dba CONVOY INC., TOTAL QUALITY LOGISTICS LLC, C.H. ROBINSON WORLDWIDE INC., and AMAZON LOGISTICS INC.,<br><br>    Defendant. | Civil Action File No.<br>1:25-cv-00361-MLB |

**DEFENDANT UBER FREIGHT LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant, Uber Freight LLC (hereinafter "Uber Freight"), by and through its undersigned counsel of record, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3 of this Honorable Court, and hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1

(1)     The undersigned counsel of record for Uber Freight in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Uber Freight LLC:

**RESPONSE:**

| | |
|---|---|
| Plaintiff: | David Worrell, an individual |
| | Daviexpress Inc, a Georgia corporation |
| | |
| Defendants: | Uber Freight LLC, a limited liability company |
| | J.B. Hunt Transport Inc., a corporation |
| | RXO Capacity Solutions, LLC, a limited liability company |
| | Flexport Freight LLC, a limited liability company |
| | Convoy, Inc., a corporation |
| | Total Quality Logistics, LLC, a limited liability company |
| | C.H. Robinson Worldwide, Inc., a corporation |
| | Amazon Logistics, Inc., a corporation |

Uber Freight LLC is a Delaware limited liability company whose principal address is 1725 3rd Street, San Francisco, California 94158. The sole member of Uber Freight LLC is Uber Freight Holding Corporation. Uber Freight Holding Corporation is a Delaware corporation with its principal place of business located at 1725 3rd Street, San Francisco, California 94158. Uber Freight Holding Corporation is not a publicly traded corporation.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**RESPONSE:**

*See* Answer No. 1 hereinabove.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**RESPONSE:**

**Uber Freight LLC:**
Blair J. Cash, Esq.
MOSELEY MARCINAK LAW GROUP LLP
Georgia Bar No.:   360457
blair.cash@momarlaw.com
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

(4) The undersigned further certifies the citizenship of Defendant Uber Freight LLC on whose behalf this Certificate is filed.

**RESPONSE:**

Uber Freight LLC is a Delaware limited liability company whose principal address is 1725 3rd Street, San Francisco, California 94158. The sole member of Uber Freight LLC is Uber Freight Holding Corporation. Uber Freight Holding Corporation is a Delaware corporation with its principal place of business located at

3

1725 3rd Street, San Francisco, California 94158. Uber Freight Holding Corporation is not a publicly traded corporation.

This 13th day of May, 2025.

                                              MOSELEY MARCINAK LAW GROUP, LLP

                                              */s/ Blair J. Cash*
                                              Blair J. Cash, Esq.
                                              Georgia Bar No. 360457
                                              blair.cash@momarlaw.com
                                              *Attorney for Defendant Uber Freight LLC*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 and 7.1(D). Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

        Respectfully submitted,

        MOSELEY MARCINAK LAW GROUP, LLP

        */s/ Blair J. Cash*
        Blair J. Cash, Esq.
        Georgia Bar No. 360457
        blair.cash@momarlaw.com
        *Attorney for Defendant Uber Freight LLC*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System and have served a copy of the foregoing on the Plaintiff via U.S. Mail, pre-paid, with sufficient postage as follows:

David Worrell
2727 Skyview Dr., Suite 444
Lithia Springs, GA 30122
*Pro-se Plaintiff*

This 13th day of May, 2025.

             MOSELEY MARCINAK LAW GROUP, LLP

             */s/ Blair J. Cash*
             Blair J. Cash, Esq.
             Georgia Bar No. 360457
             blair.cash@momarlaw.com
             *Attorney for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

5500065.4